# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2011

143130

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DEJOHN MICHAEL SUTTON,
      Defendant-Appellant.

Robert P. Young, Jr.,
*Chief Justice*

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
*Justices*

SC: 143130
COA: 296144
Wayne CC: 09-011637-FC

_____/

      On order of the Court, the application for leave to appeal the April 21, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2011

_____
Clerk

p0919